# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | **No. 07-765 C**<br><br>**Filed November 2, 2007** |

**ORDER**

The Court and counsel for plaintiff, defendant, bidder Weeks Marine, Inc., and the agency (U.S. Army Corps of Engineers) participated in an initial telephonic scheduling conference in this pre-award bid protest action on Friday, November 2, 2007. Consistent with the discussion at that conference, the Court does hereby **ORDER** that:

1) Defendant shall file and serve by **5 p.m. on Thursday, November 8, 2007**, the administrative record ("AR") relating to the decision of the Army Corps of Engineers to cancel the IFB identified in paragraph 1 of plaintiff's complaint and to issue another IFB for the same dredging work, with bid opening scheduled to occur on Thursday, December 13, 2007. Defendant may file and serve the AR in paper form or on CD-ROM.

2) If plaintiff wishes to contest the adequacy of the AR, plaintiff's counsel shall notify chambers and opposing counsel by **noon on Tuesday, November 13, 2007**, and the Court will arrange a telephonic conference among counsel to consider plaintiff's position and its impact, if any, on the briefing schedule set forth herein.

3) The parties shall file and serve cross-motions for judgment on the AR pursuant to Rule 52.1 of the Rules of the United States Court of Federal Claims ("RCFC") no later than **5 p.m. on Friday, November 16, 2007.**

4) The parties shall file and serve oppositions to the motions of their adversaries no later than either **5 p.m. Wednesday, November 21, 2007, or 5 p.m. Monday, November 26, 2007** (the actual date to be determined by further notice from the Court).

5) The Court will hold a hearing on the parties' cross-motions on either **Wednesday, November 28, 2007 at 9 a.m. or Friday, November 30, 2007 at 9 a.m. at the National Courts Building, 717 Madison Place**, **N.W., Washington, D.C.** (the actual date to be determined by further notice from the Court).

6) As the foregoing schedule indicates, and as the Court stated at the initial telephonic scheduling conference, the Court contemplates issuing its ruling on the merits by **noon on Friday, December 7, 2007.** The hearing described in paragraph 5 above will effectively combine the hearing on plaintiff's motion for preliminary injunction with the trial on the merits. *See* RCFC 65(a)(2). If the foregoing schedule is delayed, or in the event of unforeseen circumstances, the Court may rule on plaintiff's motion for a preliminary injunction on or before Friday, December 7, 2007, and defer ruling on the parties' cross-motions for judgment on the AR until a later date.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge