IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST)

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK CO., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-765 |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF
FILING THE ADMINISTRATIVE RECORD

Pursuant to Appendix C, paragraph 21, of the Rules of the United States Court of Federal Claims and this Court's order of November 2, 2007, the United States respectfully provides this notice that it has filed with the clerk and served upon the parties the administrative record in this case. The United States has also delivered to chambers and to counsel for Weeks Marine, Inc., a courtesy copy of the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20530
Tel. (202) 616-8253
Fax (202) 307-0972

November 8, 2007 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 8, 2007, a copy of foregoing "DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian T. Edmunds