# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK COMPANY LLC, Plaintiff, | ) | **No. 07-765 C** |
| v. | ) | **Filed November 14, 2007** |
| THE UNITED STATES, Defendant. | ) | |

**ORDER**

On November 13, 2007, counsel for the parties jointly contacted chambers to discuss amending the preliminary scheduling order issued on November 2, 2007 (docket entry 7), in order to accommodate continuing settlement negotiations. Consistent with the parties' request, the Court does hereby **ORDER** that the schedule set forth in the scheduling order of November 2, 2007 be amended as follows:

1) The parties shall file and serve cross-motions for judgment on the AR pursuant to Rule 52.1 of the Rules of the United States Court of Federal Claims ("RCFC") no later than **5 p.m. on Wednesday, November 21, 2007.**

2) The parties shall file and serve oppositions to the motions of their adversaries no later than **5 p.m. on Wednesday, November 28, 2007**.

3) The Court will hold a hearing on the parties' cross-motions on **Friday, December 7, 2007 at noon at the National Courts Building, 717 Madison Place**, **N.W., Washington, D.C.**

4) The Court contemplates issuing its ruling on the merits by **Thursday, December 13, 2007.** The hearing will effectively combine the hearing on plaintiff's motion for preliminary injunction with the trial on the merits. *See* RCFC 65(a)(2). If the foregoing schedule is delayed, or in the event of unforeseen circumstances, the Court may rule on plaintiff's motion for a

preliminary injunction on or before Thursday, December 13, 2007, and defer ruling on the parties' cross-motions for judgment on the AR until a later date.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge