**IN THE UNITED STATES
COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **GREAT LAKES DREDGE & DOCK COMPANY LLC,** | **Filed Electronically On November 26, 2007** |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 07-765 (Judge George Miller)** |
| **UNITED STATES,** | |
| **Defendant.** | |

## NOTICE OF DISMISSAL

Pursuant to Rule of the Court of Federal Claims 41(a)(1), Plaintiff Great Lakes Dredge & Dock Co. LLC hereby dismisses this case with prejudice as a result of a settlement between Plaintiff and Defendant.

Respectfully submitted,

s/Daniel C. Sauls

Daniel C. Sauls
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8054
Facsimile: (202) 429-3902

Attorney of Record for Plaintiff
Great Lakes Dredge & Dock Company LLC

Dated: November 26, 2007